

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00356-CV

JOSEPH ANDRE DAVIS, Appellant

V.

FLOYD DANIEL LOPEZ, Appellee

Appeal from the 245th District Court of Harris County (Tr. Ct. No. 2014-58410)

After inspecting the record of the court below, it is the opinion of this Court that it has no jurisdiction over the appeal. It is therefore **CONSIDERED, ADJUDGED, and ORDERED** that the appeal be dismissed.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 20, 2015.

Judgment rendered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.